UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zhengyu Zhang,<br><br>        Plaintiff,<br><br>    v.<br><br>Equifax Information Services, LLC, Trans Union LLC, Essex Property Trust, Inc.,<br><br>        Defendants. | Case No.: 5:25-cv-05716-EJD<br><br>**ORDER GRANTING JOINT MOTION TO CONDUCT SETTLEMENT CONFERENCE REMOTELY**<br><br>Dkt. No. 41 |

Pending before the Court is the Parties' Joint Motion for Leave to Conduct the Settlement Conference Remotely (the "Motion"). Having considered the Motion, and all other related briefings and arguments of counsel, if any, the Court is of the opinion that the Motion should, in all things, be **GRANTED** in its entirety. It is, therefore,

**ORDERED**, **ADJUDGED**, and **DECREED** that the Motion is **GRANTED**.

**SO ORDERED**.

DATED: _____March 5_____, 2026          _____

Susan van Keulen

United States Magistrate Judge

1